FILED
2021 Dec-29 PM 12:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA,
## SOUTHERN DIVISION

| | |
|---|---|
| **DANNY M. COOK** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Case No.: 2-19-cv-01591-SGC** |
| vs. | ) |
| | ) |
| **NORFOLK SOUTHERN** | ) |
| **RAILWAY COMPANY, INC.;** | ) |
| **L. V. SHAW; and T. F.** | ) |
| **BARTLEY** | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

The parties to this action, by and through their below-signed counsel, hereby stipulate that the above-styled action is due to be dismissed with prejudice, each party to bear his or its own costs.

/s W. C. Tucker, Jr.
W. C. Tucker, Jr.
Attorney for Plaintiff

**OF COUNSEL**:

MAPLES, TUCKER & JACOBS LLC
2001 Park Place North
Suite 1325
Birmingham, AL  35203
Telephone:  (205) 322-2333
Facsimile:   (205) 322-4962
Email:  bill@mtandj.com

Mr. F. Tucker Burge, Jr.
BURGE & BURGE, P.C.
2001 Park Place, Suite 1350
Birmingham, Alabama  35203

        /s John M. Graham
John M. Graham
ASB-5616-G70J

        /s/ Annette L. Kinderman
Annette L. Kinderman
ASB-0622-D59A

Attorneys for Defendants


OF COUNSEL:

PHELPS DUNBAR LLP
2001 Park Place North, Suite 700
Birmingham, AL  35203
Telephone:  205-716-5200
Facsimile:   205-716-5389
Email:       John.Graham@Phelps.com
             Annette.Kinderman@Phelps.com